IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH GOLDSMITH, | CIVIL DIVISION |
| Plaintiff, | No. 2:16-cv-01362-MRH |
| | **Judge Mark R. Hornak** |
| v. | *Electronically Filed* |
| FREDERICK BAER GOLDSMITH, et al.., | |
| Defendants. | |

**FREDERICK GOLDSMITH'S STATUS UPDATE WITH
RESPECT TO THE COURT'S ORDER DATED APRIL 7, 2017**

Pursuant to this Court's Order dated April 7, 2017, at the estate sale at 5607 Aylesboro Avenue, Pittsburgh, Pennsylvania, that took place on April 8 and 9, 2017, special precaution was taken to ensure that no computers, computer hard drives, electronic storage media, or legal papers that belonged to Plaintiff Kenneth D. Goldsmith were sold, disposed of, or otherwise removed from the property in the course of the sale.  During the course of the sale, one twelve (12) page legal paper related to a case titled *Costance Lampenfield Lucey v. Ken Goldsmith* was located at 5607 Aylesboro Avenue, Pittsburgh, Pennsylvania.  This legal paper has been preserved in its original form and will be delivered to Plaintiff at an address of his choosing upon Plaintiff's Request.

Respectfully Submitted,

ROBB LEONARD MULVIHILL LLP

Date: 4/20/2017          */s/ Joshua R. Guthridge*_____
                                          R. Sean O'Connell, Esquire
                                          Joshua R. Guthridge, Esquire
                                          Attorneys for Defendant Frederick Baer Goldsmith

{R0678743.1 }