IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH GOLDSMITH, | CIVIL DIVISION |
| Plaintiff, | No. 2:16-cv-01362-MRH |
| | **Judge Mark R. Hornak** |
| v. | *Electronically Filed* |
| FREDERICK BAER GOLDSMITH, et al.., | |
| Defendants. | |

### FREDERICK GOLDSMITH'S STATUS UPDATE WITH RESPECT TO THE COURT'S ORDER DATED MAY 8, 2017

Defendant Frederick Baer Goldsmith previously notified this Court about a legal paper for an unrelated case that was found during the course of the estate sale that took place on April 8 and 9, 2017 at the house located at 5607 Aylesboro Avenue, Pittsburgh, Pennsylvania. See ECF Doc. No. 37. Defendant preserved this legal paper in its original form and remains prepared to deliver it to Plaintiff at an address of Plaintiff's choosing upon his request.

Additionally, Defendant Frederick Baer Goldsmith identifies the following personal property that was found while preparing the real property at 5607 Aylesboro Avenue, Pittsburgh, Pennsylvania for the estate sale.

1. A few of Plaintiff's deceased father's suits and ties;

2. A few of Plaintiff's high school and medical school textbooks;

3. A few of Plaintiff's college and/or high school yearbooks;

4. A small piece of carry-on type luggage containing what appear to be partially empty beverage containers;

5. Some black and white photos and negatives, some in a photo album, apparently dating to Plaintiff's high school days;

{R0687093.1 }

6.   An orange nylon sleeping bag.

This personal property was previously delivered to Attorney Richard McCague in an attempt to get it to Plaintiff. Attorney McCague refused to deliver this personal property to the Plaintiff and instead left it on the outside porch of the house at 5607 Aylesboro Avenue. Defendant Frederick Baer Goldsmith took possession of the property and is prepared to deliver it to Plaintiff, post May 24, 2017, at an address of his choosing within reasonable proximity to the house at 5607 Aylesboro Avenue, which address this Court has ordered Plaintiff to provide Defendant Frederick Baer Goldsmith by May 19, 2017. See ECF Doc. No. 47.

Respectfully Submitted,

ROBB LEONARD MULVIHILL LLP

Date: 5/14/17

*/s/ Joshua R. Guthridge*
R. Sean O'Connell, Esquire
Joshua R. Guthridge, Esquire
Attorneys for Defendant Frederick Baer Goldsmith

{R0687093.1 }