IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH GOLDSMITH, | CIVIL DIVISION |
| Plaintiff, | No. 2:16-cv-01362-MRH |
| | *Electronically Filed* |
| v. | |
| FREDERICK BAER GOLDSMITH, et al., | |
| Defendants. | |

### DEFENDANT FREDERICK GOLDSMITH'S STATUS UPDATE

On May 8, 2017, the Court ordered Plaintiff Kenneth Goldsmith to identify an address where the property in Defendant Frederick Goldsmith's possession that belongs to Plaintiff Kenneth Goldsmith can be delivered. Defendant Frederick Goldsmith timely filed a status report identifying all the property in his possession that may belong to Plaintiff Kenneth Goldsmith that was found at 5607 Aylesboro Avenue, Pittsburgh, Pennsylvania, during preparation for the estate sale. See ECF Doc. No. 49. To date, Plaintiff Kenneth Goldsmith has not provided an address where this property can be delivered. Defendant Frederick Goldsmith no longer wishes to store Plaintiff Kenneth Goldsmith's property and respectfully requests this Court issue an Order permitting disposal of the property or any other disposition the Court sees fit.

Respectfully Submitted,

ROBB LEONARD MULVIHILL LLP

Date: 6/12/17    */s/ Joshua R. Guthridge*
R. Sean O'Connell, Esquire
Joshua R. Guthridge, Esquire
Attorneys for Defendant Frederick Baer Goldsmith

{R0694927.1 }