## ORDER OF COURT

**AND NOW,** ~~to wit, ee die~~, 7 /11 / 2017; upon consideration of Movant / Petitioner / Plaintiff, *in propria persona's* Exigent Motion for Reconsideration, Pursuant to F.R.C.P. 59(e), herein; it is hereby adjudged, decreed and so ORDERED, that the said Motion be, and hereby is GRANTED. Plaintiff is given leave of Court for a *final* brief enlargement of time within which to file the Amended Complaint, to on or before ~~~~ July 21, 2017.

BY THE COURT:

*/s/ Mark J. Hornak*, J.

The Honorable Mark J. Hornak
United States District Judge
Western District of Pennsylvania
Pittsburgh Division