**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KENNETH GOLDSMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:16-cv-01362 |
| v. | ) | |
| | ) | **CASE PARTICIPANTS ONLY** |
| FREDERICK BAER GOLDSMITH, ET AL., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE

The Telephonic Initial Case Management Conference set for Wednesday, April 4, 2018, at 4:00 PM will be conducted via an AT&T dial-in number.

Please see the information below that will be required to participate:

**Dial in phone number: 888-363-4749**

**Access Code: 4015739**

s/ Mark R. Hornak_____
Mark R. Hornak
United States District Judge