IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH GOLDSMITH,<br>        Plaintiff,<br><br>    v.<br><br>FREDERICK BAER GOLDSMITH, ESQ.,<br>et al.,<br>        Defendants. | Civil Action No. 2:16-cv-01362-MRH<br><br>Judge Mark R. Hornak |

## DEFENDANT SERGEANT JAMES A. TOGYER'S
## MOTION FOR SUMMARY JUDGMENT

In accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, Defendant Sergeant James A. Togyer respectfully submits this Motion for summary judgment for Plaintiff's one count of malicious prosecution asserted in Count II of his Amended Complaint.

1.   Plaintiff's Amended Complaint was filed on November 24, 2017, alleging malicious prosecution on behalf of Defendant, Sergeant James A. Togyer, based on Sgt. Togyer's investigation of a theft report on April 1, 2014, and subsequent testimony at Plaintiff's preliminary hearing in his criminal case on August 27, 2014.

2.   The parties have completed discovery and the matter is ripe for summary judgment.

3.   Defendant hereby incorporates the facts as set forth in the Concise Statement of Material Facts and Brief in Support of Motion for Summary Judgment filed today.

4.   Defendant respectfully requests that this Court enter judgment in his favor as Plaintiff has failed to demonstrate any triable issue regarding his sole remaining claim of malicious prosecution against Sgt. Togyer.

5. Based on Sgt. Togyer's experience as a law enforcement officer, previous experience with the parties involved, information he acquired from his visit to the residence in question, and the fact that a civil no-contact order existed, among other things, probable cause existed to pursue an arrest warrant for Plaintiff.

6. Moreover, Plaintiff has failed to provide evidence that Sgt. Togyer violated clearly established law, and thus Sgt. Togyer is entitled to qualified immunity.

7. In support of this Motion, Defendant attaches: (i) Memorandum of Law in Support; (ii) Concise Statement of Material Facts; (iii) Appendix containing referenced evidence of record; and (iv) a Proposed Order.

8. Defendant Togyer respectfully requests that the Court grant this Motion and enter judgment in his favor.

    Respectfully submitted,

    YVONNE S. HILTON, Esq.
    Acting City Solicitor

    <u>s/ Matthew S. McHale, Esq.</u>
    Matthew S. McHale (Pa.I.D. No. 91880)
    Associate City Solicitor
    City of Pittsburgh Dept. of Law
    313 City-County Building
    414 Grant Street
    Pittsburgh, PA  15219
    (412) 255-2025
    matthew.mchale@pittsburghpa.gov
    *Counsel for Defendant James A. Togyer*