IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH GOLDSMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. A. No. 16-01362 |
| v. ) | Chief District Judge Mark R. Hornak |
| ) | |
| SERGEANT JAMES A. TOGYER, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ORDER

AND NOW, this 20th day of February, 2019, it is hereby ORDERED that Defendant's Motion for Summary Judgment (ECF No. 169) is **GRANTED**. Judgment shall be entered in favor of Defendant Togyer and against Plaintiff Kenneth Goldsmith. The Clerk of Court shall close this case.

IT IS SO ORDERED.

_____
Mark R. Hornak
Chief United States District Judge

cc: All counsel of record